# FORBES LAW LLC
Attorney and Counsellor at Law

(Tax ID No. 81-2769067)

**Main Street Law Building**
**166 Main Street**
**Painesville, Ohio 44077**
www.geflaw.net
440-357-6211, ext. 130
crenzi@geflaw.net

To: Debbie Reinholz
Rhino Gear Mfg
428 N. St. Clair Street
Painesville, OH 44077

Date: 2/22/2017

*Thank you in advance for your prompt payment!*

PLEASE MAKE CHECKS PAYABLE TO FORBES LAW LLC

*For your convenience, you can now make payments on-line by visiting our*
*"Pay Your Bill" page on our website at www.geflaw.net*

Regarding: RHINO GEAR - Ch11
Invoice No: 78119

**Services Rendered**

| Date | Staff | Description | Dur/Qty | Rate | Charges |
|---|---|---|---|---|---|
| 12/14/2016 | ASF | Professional Service<br>Attend Hearing - Painesville Municipal Court | 0.50 | $175.00 | $87.50 |
| 12/20/2016 | CAS | Professional Service<br>Preparation of schedules, employment documents, agreement, discussions with client | 4.70 | $115.00 | $540.50 |
| 12/20/2016 | GEF | Professional Service<br>Revision of documents - APA | 0.60 | $275.00 | $165.00 |
| 12/20/2016 | GEF | Professional Service<br>Telephone conference - miscellaneous - lease holder | 0.30 | $275.00 | $82.50 |
| 12/20/2016 | GEF | Professional Service<br>E-mail miscellaneous - lawyer | 0.20 | $275.00 | $55.00 |
| 12/21/2016 | GEF | Professional Service<br>Revision of documents<br>Petition and schedules<br>Draft first day motions | 2.30 | $275.00 | $632.50 |
| 12/21/2016 | GEF | Professional Service<br>Conference with client<br>Review Petition and Schedules<br>Review First Day Motions and sale motion<br>Review aAsset Purchase Agreement<br>Execute Documents | 1.20 | $275.00 | $330.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/2016 | GEF | Professional Service<br>email Rhino Gear Buyer | 0.20 | $275.00 | $55.00 |
| 12/22/2016 | CAS | Professional Service<br>Finalize case for filing<br>Prepare Motion to Sell Free & Clear of Liens<br>Prepare Motion to Shorten Time<br>Prepare Notice of Hearing<br>Prepare Amended employment documents<br>Correspondence to creditors | 6.20 | $115.00 | $713.00 |
| 12/22/2016 | GEF | Professional Service<br>final review of attachments to asset purchase agreement<br>final review of asset purchase agreement<br>revisions and final review of motion for sale | 1.10 | $275.00 | $302.50 |
| 12/23/2016 | GEF | Professional Service<br>E-mail miscellaneous -Mazella | 0.20 | $275.00 | $55.00 |
| 12/23/2016 | GEF | Professional Service<br>Telephone conference with client re:filing and sale motion | 0.20 | $275.00 | $55.00 |
| 12/29/2016 | GEF | Professional Service<br>Telephone conference - miscellaneous -Freshview re: filing etc | 0.30 | $275.00 | $82.50 |
| 1/03/2017 | GEF | Professional Service<br>Re: Asset Sales-potential bidder<br>Review Belhorn email<br>Telephone conference - miscellaneous -Greg JOhnson from Asset Sales<br>E-mail miscellaneous -Greg Johnson from Asset Sales | 0.40 | $275.00 | $110.00 |
| 1/05/2017 | GEF | Professional Service<br>Telephone conference with opposing attorney - Counsel for On Deck | 0.20 | $275.00 | $55.00 |
| 1/05/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Belhorn | 0.30 | $275.00 | $82.50 |
| 1/08/2017 | GEF | Professional Service<br>RE: Rhino Gear<br>E-mail miscellaneous -potential buyer | 0.20 | $275.00 | $55.00 |
| 1/08/2017 | GEF | Professional Service<br>RE: Rhino Gear | 0.20 | $275.00 | $55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | E-mail miscellaneous -Jim Mazella | | | |
| 1/08/2017 | GEF | Professional Service<br>Developments<br>E-mail to client re: developments | 0.20 | $275.00 | $55.00 |
| 1/08/2017 | GEF | Professional Service<br>RE: Rhino Gear<br>E-mail miscellaneous -Mazzella, 2d of day | 0.20 | $275.00 | $55.00 |
| 1/09/2017 | GEF | Professional Service<br>Rhino<br>Letter to Federal Gear | 0.20 | $275.00 | $55.00 |
| 1/09/2017 | GEF | Professional Service<br>Telephone conference with opposing attorney -<br>Counsel for On Deck | 0.20 | $275.00 | $55.00 |
| 1/10/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Dave White<br>re: stay | 0.20 | $275.00 | $55.00 |
| 1/10/2017 | GEF | Professional Service<br>Sent miscellaneous E-mail<br>Attendance at hearing | 0.10 | $275.00 | $27.50 |
| 1/10/2017 | GEF | Professional Service<br>Miscellaneous service -travel | 1.50 | $150.00 | $225.00 |
| 1/12/2017 | GEF | Professional Service<br>RE: Rhino Gear Mfg., Inc/Direct Capital<br>Clear inspection tomorrow with client<br>Confirm with opposing attorney | 0.30 | $275.00 | $82.50 |
| 1/12/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Mazzella re: status | 0.20 | $275.00 | $55.00 |
| 1/18/2017 | GEF | Professional Service<br>Draft of Motion to continue using checks | 0.60 | $275.00 | $165.00 |
| 1/19/2017 | GEF | Professional Service<br>Rhino<br>finilize motion | 0.20 | $275.00 | $55.00 |
| 1/19/2017 | GEF | Professional Service<br>Phone calls to set up inspection by Keith Carlson | 0.30 | $275.00 | $82.50 |
| 1/20/2017 | GEF | Professional Service<br>Attend 341 | 0.80 | $275.00 | $220.00 |

Invoice No.:  78119  
Date:    2/22/2017

Page No.    4

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2017 | GEF | Professional Service<br>Miscellaneous service -travel | 1.40 | $137.50 | $192.50 |
| 1/20/2017 | GEF | Professional Service<br>Telephone conference with client re: insurance issues | 0.20 | $275.00 | $55.00 |
| 1/20/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Mazella | 0.30 | $275.00 | $82.50 |
| 1/20/2017 | GEF | Professional Service<br>E-mail miscellaneous -Mazzella | 0.20 | $275.00 | $55.00 |
| 1/21/2017 | GEF | Professional Service<br>Court<br>E-mail miscellaneous -Mazzella | 0.30 | $275.00 | $82.50 |
| 1/23/2017 | GEF | Professional Service<br>Telephone conference with client re: insurance and appraisal today | 0.30 | $275.00 | $82.50 |
| 1/23/2017 | GEF | Professional Service<br>Review and forward insurance information | 0.20 | $275.00 | $55.00 |
| 1/24/2017 | GEF | Professional Service<br>Miscellaneous service -travel | 1.40 | $137.50 | $192.50 |
| 1/24/2017 | GEF | Professional Service<br>Telephone conference with client re:insurance | 0.20 | $275.00 | $55.00 |
| 1/24/2017 | GEF | Professional Service<br>Rhino Gear<br>Check cclaim filings<br>Prepare rough draft plan<br>E-mail miscellaneous | 1.20 | $275.00 | $330.00 |
| 1/24/2017 | GEF | Professional Service<br>Attendance at hearing | 0.70 | $275.00 | $192.50 |
| 1/30/2017 | GEF | Professional Service<br>Telephone conference with opposing attorney -re: settlement | 0.20 | $275.00 | $55.00 |
| 1/31/2017 | GEF | Professional Service<br>Rhino<br>E-mail miscellaneous | 0.10 | $275.00 | $27.50 |
| 2/01/2017 | GEF | Professional Service | 0.20 | $275.00 | $55.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | RE: Rhino Gear, Case No. 16-16968<br>E-mail to opposing attorney (2d of day) |  |  |  |  |
| 2/01/2017 | GEF | Professional Service<br>Rhino<br>E-mail to opposing attorney<br>Review of documents |  | 0.40 | $275.00 | $110.00 |
| 2/03/2017 | GEF | Professional Service<br>RE: RICHARD REINHOLZ/RHINO GEAR/ROBERT LAYMON<br>E-mail miscellaneous -creditor |  | 0.10 | $275.00 | $27.50 |
| 2/07/2017 | GEF | Professional Service<br>Rhino gear<br>email service on interested parties |  | 0.20 | $275.00 | $55.00 |
| 2/08/2017 | GEF | Professional Service<br>Telephone conferences with creditor Ascentium and interested party Mohawk |  | 0.50 | $275.00 | $137.50 |
| 2/09/2017 | GEF | Professional Service<br>Rhino gear<br>E-mail miscellaneous -Mazzella |  | 0.20 | $275.00 | $55.00 |
| 2/10/2017 | GEF | Professional Service<br>RE: 2122053 Ascentium Capital<br>E-mail miscellaneous -Creditor |  | 0.10 | $275.00 | $27.50 |
| 2/11/2017 | GEF | Professional Service<br>Rhino Gear 16-16968<br>Revise disclosure statement and plan<br>circulate revised document |  | 0.60 | $275.00 | $165.00 |
| 2/11/2017 | GEF | Professional Service<br>Rhino<br>Prepare sale order |  | 0.20 | $275.00 | $55.00 |
| 2/11/2017 | GEF | Professional Service<br>RE: Tuesday Court Date<br>E-mail miscellaneous |  | 0.20 | $275.00 | $55.00 |
| 2/14/2017 | GEF | Professional Service<br>Attendance at hearing |  | 0.60 | $275.00 | $165.00 |
| 2/14/2017 | GEF | Professional Service<br> Miscellaneous service -travel |  | 1.50 | $137.50 | $206.25 |
| 2/15/2017 | GEF | Professional Service<br>RE: Rhino Gear 16-16968 [WBBB- |  | 0.20 | $275.00 | $55.00 |

Invoice No.: 78119  
Date: 2/22/2017  

Page No. 6

        DMS.FID1641310]  
        E-mail to opposing attorney

| Date | Staff | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 2/16/2017 | GEF | Professional Service<br>Revision of documents<br>E-mail to opposing attorney | 0.30 | $275.00 | $82.50 |
| 2/17/2017 | CAS | Professional Service<br>Revisions and distribution of Disclosure Statement<br>& Plan (Neil, Scott) | 0.40 | $115.00 | $46.00 |
| 2/17/2017 | GEF | Professional Service<br>RE: Rhino<br>E-mail miscellaneous | 0.10 | $275.00 | $27.50 |
| 2/17/2017 | GEF | Professional Service<br>FW: Rhino Gear [WBBB-DMS.FID1641310]<br>E-mail to opposing attorney | 0.20 | $275.00 | $55.00 |

        **Total Fees**    $7,538.25

*Expenses*

| Date | Staff | Description | Qty | Price | Charges |
|---|---|---|---|---|---|
| 12/22/2016 | GEF | Expense - US Bankruptcy Court filing Fee | 1.00 | $181.00 | $181.00 |
| 1/19/2017 | GEF | Expense<br>Postage re service Motion re Bank Accounts | 39.00 | $0.88 | $34.32 |
| 1/19/2017 | GEF | Expense<br>Copies re service re Motion re Bank Accounts | 468.00 | $0.05 | $23.40 |

        **Total Expenses**    $238.72

Total New Charges    $7,776.97  
Previous Balance    $0.00  
Balance Due    $7,776.97

*A/R Aging*

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $7,776.97 | $0.00 | $0.00 | $0.00 | $0.00 | $7,776.97 |